# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In Re: Ritchie Thaddeus Patterson II            CASE NO. 09-33648-KRH
       Katie Hudson Patterson

## MOTION TO DISMISS,
## NOTICE OF MOTION AND NOTICE OF THE HEARING

       **NOW COMES** the Chapter 13 Trustee and moves this Court to dismiss this case as provided in 11 U.S.C. 1307(c)(6) as the Debtor(s) are in default in making the payments under the plan.

       Inasmuch as the legal basis for this motion is cited herein, it is respectfully requested that the requirement of a separate memorandum of law in support of this motion be waved.

       **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

       If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before seven (7) days before the date of the hearing, you or your attorney must:

__x__ File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-(H). If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

                                       Clerk of Court
                                       United States Bankruptcy Court
                                       701 East Broad Street, Suite 4000
                                       Richmond, VA 23219

                               You must also mail a copy to:
                                       Carl M. Bates, Chapter 13 Trustee
                                       P.O. Box 1819
                                       Richmond, VA 23218-1819

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, Virginia 23218-1819
(804) 237-6800
VSBN #27815

**NOTICE IS HEREBY GIVEN THAT A HEARING ON THIS MOTION WILL BE HELD AT U. S. BANKRUPTCY COURT, U. S. COURTHOUSE, ROOM 5000, 701 EAST BROAD STREET, RICHMOND, VIRGINIA 23219, ON November 3, 2010, AT 9:15 AM**

**If no timely response has been filed opposing the relief requested, the Court may grant the relief requested in the motion.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: **September 27, 2010**

\S\ Carl M. Bates
_____
Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, Virginia 23218-1819
(804) 237-6800
VSBN #27815

Certificate of Service

I hereby certify that I have this **27th day of September, 2010**, mailed or hand-delivered a true copy of the foregoing Notice of Motion to the debtor(s) **Ritchie Thaddeus Patterson II, 1300 E Coal Hopper Ln. Apt B, Midlothian, VA  23113**, **Katie Hudson Patterson, 1300 E Coal Hopper Ln. Apt B, Midlothian, VA  23113** and debtor(s) attorney, **Rudolph C. McCollum, Jr., Esquire, e-mail: rudymack@aol.com.**

\S\ Carl M. Bates
_____
Carl M. Bates

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, Virginia 23218-1819
(804) 237-6800
VSBN #27815