UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:  Case No.: 3:09-bk-33648-KRH
RITCHIE THADDEUS PATTERSON, II
KATIE HUDSON PATTERSON
    Debtors/Movants.  Chapter 13

v.

CHECK CITY
    Respondent/Claimant.

## ORDER ON MOTION TO RESTRICT PUBLIC ACCESS

**THIS CAUSE** coming before the undersigned Judge presiding over the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, pursuant to the Motion To Restrict Public Access; and

**IT APPEARING** that this court has jurisdiction over the parties and over the subject matter of this motion; and

**IT FURTHER APPEARING** that all parties in interest received notice of this motion;

**IT FURTHER APPEARING** that the attachments to Proof of Claim 7 filed by Check City contain private information that should not have been divulged to the general public; and

**IT IS THEREFORE ORDERED AS FOLLOWS**:

The Clerk of this Court shall immediately disable public access to Proof of Claim number 7 filed by Check City on June 17, 2009.

DATED: _____       _____
                                                                   United States Bankruptcy Judge
                                                                   Eastern District of Virginia Richmond Division

                                                                   Entered on Docket

I ask for this:

/s/ Mitchell P. Goldstein
Mitchell P. Goldstein, Esq. VSB#40613
Counsel for Movant/Debtor
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
804-673-4358 office 804-673-4350 fax
mgoldstein@krumbeinlaw.com

**CERTIFICATION PURUSANT TO LBR 9022-1**

I hereby certify that on this 19th day of October, 2010, a true and correct copy of the foregoing Order was served on or endorsed by all necessary parties via electronic delivery and/or first-class mail, postage pre-paid to all parties in interest.

/s/ Mitchell P. Goldstein, Esq.
Mitchell P. Goldstein, Esq., 40613